No. 01–7259. LIVA v. NORTHSIDE INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–7261. CUNNINGHAM v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–7267. CHAVEZ v. HICKMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–7276. FOREST v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–7277. GILLIAM v. SMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–7284. GRIGGS v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–7285. FRYE v. COMAIR, INC. C. A. 8th Cir. Certiorari denied.

No. 01–7287. HEWLETT v. OFFICE OF THE DISTRICT ATTORNEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–7289. HOLLEY v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7291. WATERBURY v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–7300. PONDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7302. CHACON-SANCHEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7306. STOUDEMIRE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7307. BENZANT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.